# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMORY EDWARD REED, III,** : | **CIVIL ACTION** |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **UNITED STATES PROBATION** : | |
| **DEPARTMENT,** *et al.*, : | **NO. 18-850** |
| Defendants. : | |

## O R D E R

AND NOW, this 20th day of April, 2018, upon consideration of Mr. Reed's Motion to Proceed *In Forma Pauperis* and his *pro se* Complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED pursuant to 28 U.S.C. § 1915.

2. Plaintiff Emory Edward Reed, III, #51940-066, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Mr. Reed, an initial partial filing fee of $16.17 is assessed. The Warden or other appropriate official at the Federal Detention Center or at any other prison at which Mr. Reed may be incarcerated is directed to deduct $16.17 from Mr. Reed's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 18-850. In each succeeding month when the amount in Mr. Reed's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Mr. Reed's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 18-850.

3. The Clerk of Court is DIRECTED to send a copy of this Order to the Warden of the Federal Detention Center in Philadelphia.

4. The Clerk of Court is DIRECTED to add Probation Officer Liz Rayez to the docket as a Defendant in this matter.

5. Mr. Reed's Complaint is DISMISSED with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum. Mr. Reed may not file an amended complaint in this case.

6. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**